Leo Roth, Plaintiff-Appellant, v. Paul Kanchier, Jr., Defendant-Appellee.

Gen. No. 52,283. (Abstract of Decision.)

First District, Second Division.

January 12, 1968.

Herbert R. Goldstein, of Chicago, for appellant; Epton, McCarthy, Bohling & Druth, of Chicago (Bernard E. Epton and Donald Segal, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.